# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2008

136983

GARY L. BUSH, Guardian of GARY E. BUSH,
a Protected Person,
        Plaintiff-Appellee,

v

BEHROOZ-BRUCE SHABAHANG, M.D.,
JOHN CHARLES HEISER, M.D., WEST
MICHIGAN CARDIOVASCULAR SURGEONS,
GEORGE T. SUGIYAMA, M.D., M. ASHRAF
MANSOUR, M.D., and VASCULAR
ASSOCIATES, P.C.,
        Defendants,

and

SPECTRUM HEALTH BUTTERWORTH
CAMPUS,
        Defendant-Appellant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136983
COA: 274726
Kent CC: 06-000982-NM

On order of the Court, the application for leave to appeal the May 1, 2008 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on November 19, 2008, at 9:30 a.m., on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether that portion of the Court of Appeals judgment holding that the direct liability claims against defendants West Michigan Cardiovascular Surgeons and Spectrum Health Butterworth Campus should be dismissed without prejudice is inconsistent with this Court's decision in *Boodt v Borgess Medical Center*, 481 Mich 558, 563-564 (2008).

We further ORDER that this case be argued and submitted to the Court together with the cases of *Bush v Shabahang*, Docket Nos. 136617 and 136653. The parties may file supplemental briefs no later than November 12, 2008. They should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2008

d1014

        Clerk